

joelramaind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 0 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **08-00027** |
|---|---|
| Plaintiff. | ) **INDICTMENT** |
| vs. | ) **IMPORTATION OF METHAMPHETAMINE** [21 U.S.C. §§ 952 & 960] (Count I) |
| JOEL LAYSON RAMA, | ) **POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE** |
| Defendant. | ) [21 U.S.C. § 841(a)(1)] (Count II) |

THE GRAND JURY CHARGES:

## COUNT I - IMPORTATION OF METHAMPHETAMINE

On or about March 4, 2008, in the District of Guam and elsewhere, the defendant herein, JOEL LAYSON RAMA, did intentionally and knowingly import into the United States from a place outside thereof, the Philippines, approximately 222 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT II - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

On or about March 4, 2008, in the District of Guam, the defendant herein, JOEL LAYSON RAMA, did knowingly and intentionally possess with intent to distribute

| | |
|---|---|
| 1 | approximately 222 grams net weight of methamphetamine hydrochloride (ice), a Schedule II |
| 2 | controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1). |
| 3 | Dated this 7th day of May, 2008. |
| 4 | A TRUE BILL. |

Dated this 7th day of May, 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
FREDERICK A. BLACK
Assistant U.S. Attorney

Reviewed:

By: *[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**       <u>U.S. District Court</u>

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00027**
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name ___JOEL LAYSON RAMA___

Alias Name _____

Address _____

___Santa Rita, Guam___

Birthdate __Xx/xx/1956__ SS# __xxx-xx-9987__ Sex __M__ Race __A__ Nationality __Filipino__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 952 & 960 | Importation of Methamphetamine | 1 |
| Set 2 | 21 USC 841(a)(1) | Possession of Methamphetamine With Intent to Distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____    Signature of AUSA: _Frederick A. Black_ (signature)