LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00027 |
| Plaintiff, | ) |
| vs. | ) **ORDER SEALING RECORD** |
| JOEL LAYSON RAMA, | ) |
| Defendant. | ) |

Through an application to seal record having come before this court and the court finding good cause for the issuance of the Order;

IT IS SO ORDERED that this case be sealed until further order of the court, *nunc pro tunc* to May 7, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 08, 2008**