(Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

JOEL LAYSON RAMA

**WARRANT FOR ARREST**

Case    CR-08-00027-001

FILED
DISTRICT COURT OF GUAM
MAY 0 8 2008
JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JOEL LAYSON RAMA
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

RECEIVED
MAY 0 2008
US MARSHALS SERVICE-GUAM

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with    (brief description of offense)

**Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960, Count 1**

**Possession of Methamphetamine With Intent to Distribute, 21 U.S.C. § 841(a)(1), Count 2**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

ORIGINAL

**MARILYN B. ALCON**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

05/06/2008; Hagatna, Guam
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

SANTA RITA GUAM

| DATE RECEIVED 5-7-08 | NAME AND TITLE OF ARRESTING OFFICER SA THANH CHURCH | SIGNATURE OF ARRESTING OFFICER *Thanh Churchi* |
|---|---|---|
| DATE OF ARREST 5-8-08 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____