**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00027　　　　　　　　　　　DATE: May 08, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 3:04:39 - 3:19:39

**APPEARANCES:**
Defendant: Joel Layson Rama　　　　　　Attorney: Richard Arens
☑Present ☑Custody ☐Bond ☐P.R.　　☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Frederick A. Black　　　　U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant waives reading of <u>Indictment</u>.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>July 8, 2008 at 9:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: