THE VANDEVELD LAW OFFICES, P.C.
*Mr. Curtis C. Van de veld, Esq.*
*Attorney and Legal Counselor*
Historic House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: 671.472.4396/671.488.0888/671.477.2020
Facsimile: 671.472.2561

Attorney for Defendant:
    JOEL LAYSON RAMA

**FILED**
DISTRICT COURT OF GUAM

JUN 20 2008 

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES OF AMERICA

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR08-00027-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| JOEL LAYSON RAMA, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Defendant JOEL LAYSON RAMA to substitute as Defendant's attorney THE VANDEVELD LAW OFFICES, P.C., by Mr. Curtis C. Van de veld, Esq., in the above captioned matter, in place and stead of the Federal Public Defender, by Mr. Richard P. Arens, Esq.

Dated: this 20 day of June 2008.

_____
JOEL LAYSON RAMA

COMES NOW THE VANDEVELD LAW OFFICES, P.C., by Mr. Curtis C. Van de veld, Esq., to substitute in place and stead of court appointed counsel, Federal Public Defender, by

UNITED STATES OF AMERICA vs. ~~DUANE ANTHONY CALVO~~ JOEL LAYSON RAMA, Defendant
Criminal Case No. ~~CR-05-00016~~ CR 08-00027-001
ORDER

ORIGINAL    Page 1

Case 1:08-cr-00027    Document 13    Filed 06/20/2008    Page 1 of 2

Mr. Richard P. Arens, Esq.

Dated: this 20th of June 2008.

THE VANDEVELD LAW OFFICES, P.C.

By: _____
Mr. Curtis C. Van de veld, Esq.

I acknowledge the substitution herein above stated and agree to promptly forward all pleadings and other file materials received by me to Defendant's new counsel heretofore set forth.

Dated: this 20 day of June 2008.

**FEDERAL PUBLIC DEFENDER**

By: _____
Mr. Richard P. Arens, Esq.

CCV:ccv
VLO/J.L. RAMA/CR000622

US Attorney's Office
Districts of Guam & NMI

Time _____ JUN 20 2008 2:35pm
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

-------------------- Joel LAYSON RAMA --------------------
UNITED STATES OF AMERICA vs. ~~DUANE ANTHONY CALVO~~, Defendant
Criminal Case No. ~~CR-05-00016~~ CR08-00027-001
ORDER
Case 1:08-cr-00027   Document 13   Filed 06/20/2008   Page 2 of 2
Page 2