**THE VANDEVELD LAW OFFICES, P.C.**
*Mr. Curtis C. Van de veld, Esq.*
*Attorney and Legal Counselor*
Historic House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Office: 671.472.4396/671.488.0888/671.477.2020
Facsimile: 671.472.2561

Attorney for Defendant:
    JOEL LAYSON RAMA

# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00027-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER Re:** |
| JOEL LAYSON RAMA, ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that CURTIS C. VAN DE VELD, ESQ. is substituted in place and stead of the Federal Public Defender, by Richard D. Arens, Esq., to represent Defendant JOEL LAYSON RAMA as retained counsel in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Jun 25, 2008**

CCV:ccv
VLO/J.L. RAMA/CR000621