# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00027　　　　　　　　　　　DATE: June 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Walter Tenorio　　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　Electronically Recorded: 2:50:44 - 3:10:48

**APPEARANCES:**

Defendant: Joel Layson Rama　　　　　　　Attorney: Curtis Van de veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Frederick A. Black　　　　U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant Consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant advised of his rights.
- Plea entered: Guilty plea to Count II
- Report and Recommendation executed by the Court.
- Sentencing set for: September 23, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: August 19, 2008
- Response to Presentence Report: September 2, 2008
- Final Presentence Report due to the Court: September 16, 2008
- Defendant released on unsecured bond.

NOTES: