IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00027 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| JOEL LAYSON RAMA, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of an Indictment charging him with Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for a sentencing on September 23, 2008, at 10:30 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
　**Chief Judge**
**Dated: Jul 17, 2008**