PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Grace D. Flores, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**   [ ] **Notice of Disposition**

Date: **June 25, 2008**
By: **Joaquin V.E. Manibusan
U.S. Magistrate Judge**

Date:
By:

---

Defendant: **RAMA, Joel Layson**          Case Number: **Criminal Case #08-00027-001**
Date of Birth: **XX-XX-1956**             Place of Birth: **Iloilo, Philippines**
SSN: **XXX-XX-9987**

==================================================================

**NOTICE OF COURT ORDER** (Order Date: **June 25, 2008**)

[ ] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Numbers     **XXXXXXXXXXX**
to the custody of the **U.S. Probation Office, District of Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)